IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

vs.                                        Case No. 4:08-CV-456-SPM

MICHAEL DILMORE, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 4).  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Petitioner has filed an objection (docs. 5).  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.  Despite his objections to the Report and Recommendation, this Court finds that the Report and Recommendation should be adopted.

Because Plaintiff has filed three or more other cases that have been dismissed as frivolous, malicious, or for failure to state a claim, Plaintiff must pay the filing fee before he can proceed.  28 U.S.C. § 1915(g).  His allegations do not

show that he is in imminent danger of serious physical injury to qualify for the exception to this statute.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is hereby *adopted* and incorporated by reference in this order.

2. This case is *dismissed without prejudice* to Plaintiff's opportunity to re-file his complaint with full payment of the $350 filing fee.

DONE AND ORDERED this twenty-third day of April, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge