IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

vs.                                CASE NO. 4:08-cv-456-SPM/WCS

MICHAEL DILMORE, et al.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 20). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff, who is pro se, filed two objections (docs. 23 and 25). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff objects that the Magistrate Judge erred in concluding that Plaintiff's claims are barred by the four-year statute of limitations. Plaintiff's claims concern events from 2002, and this case was initiated in October 2008. Contrary to the Plaintiff's assertion, the limitations period has not been tolled

since September 2005 or August 2006 when the Plaintiff filed two separate actions regarding the same events which were ultimately dismissed in July and December 2006, respectively. Once each of those matters was resolved, the statute of limitations began to run. Moreover, even if the Plaintiff's claims were not time barred, they would still be barred under Heck v. Humphrey, 512 U.S. 477 (1994), such that the Plaintiff cannot challenge his conviction or seek to reduce the period of his confinement by way of a civil rights action. Additionally, Plaintiff's repeated legal challenges regarding the same events and against these same Defendants are a waste of the Court's time and also malicious.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is *adopted* and incorporated by reference into this order.

2. Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief may be granted.

3. The clerk is directed to note on the docket that this cause was dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this thirtieth day of June, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge